UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**BRUNO ANDRADE PEREIRA**


**V.**                                    **CIVIL ACTION NO. 26-10944-DJC**


**DAVID WESLING, ET AL**


### ORDER OF DISMISSAL


CASPER, D.J.

In accordance with the ECF Order dated April 3, 2026, D. 11, the Court denies the Amended

Petition, D. 9, and the above-entitled action be and hereby is DISMISSED.


April 3, 2026                                    /s/ Lisa M. Hourihan
                                                      Deputy Clerk